FILED
CLERK. U S. DISTRICT COURT

PAUL M. WARNER, United States Attorney, (#3389)
COLLEEN K. COEBERGH, Special Assistant United States Attorney (#8052)
Attorneys for the United States of America
DEA Metro Narcotics Task Force
348 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 524-4156

-4 JUN 03 PM 3:41

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS GALANIS and TERRY BOLING,<br><br>Defendants. | INDICTMENT<br><br>Judge Paul G. Cassell<br>DECK TYPE: Criminal<br>DATE STAMP: 06/04/2003 @ 15:01:18<br>CASE NUMBER: 2:03CR00410 PGC<br><br>VIO. 21 U.S.C. §846<br><br>Conspiracy to Manufacture Methamphetamine |

The Grand Jury charges:

### COUNT 1

On or about or between January 10, 2003, and May 5, 2003, in the Central Division of the District of Utah,

NICHOLAS GALANIS and TERRY BOLING,

the defendants herein, did knowingly or intentionally combine, conspire, confederate, and agree

together and with other persons, both known and unknown to the grand jury, to commit the following offense against the United States:

1. To knowingly or intentionally attempt to manufacture methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. §812, in violation of 21 U.S.C. §841(a)(1); in violation of 21 U.S.C. §846 and punishable pursuant to 21 U.S.C. §841(b)(1)(C).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney


_____
COLLEEN K. COEBERGH
Special Assistant United States Attorney