IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NICHOLAS GALANIS,<br><br>　　　　　　Defendant. | Case No. 2:03-CR-410 TS<br><br>ORDER TO REDUCE TERM OF<br>IMPRISONMENT TO TIME SERVED<br><br>Judge Ted Stewart |

　　　　BEFORE THE COURT is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Nicholas Galanis, to time served, and commencement of a 60-month term of supervised release previously imposed.  The court finds:

　　　　1.  Defendant Nicholas Galanis pled guilty to violating 21 U.S.C. §§ 841(a)(1) and 846, Conspiracy to Manufacture 50 Grams or More of Actual Methamphetamine.

　　　　2.  Mr. Galanis was sentenced on March 28, 2007, in the United States District Court for the District of Utah to 135 months of imprisonment with 60 months of supervised release.

　　　　3.  Mr. Galanis suffers from a terminal medical condition and is considered to have a life expectancy of 12 months or less.

　　　　4.  Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction.  The Director of the Federal Bureau

of Prisons contends, and this court agrees, that the defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons warranting the requested reduction.

IT IS THEREFORE ORDERED that the defendant's term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

IT IS FURTHER ORDERED that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the 60-month term of supervised release previously imposed.

DONE AND ORDERED this 7th day of October 2014.

_____
TED STEWART
United States District Judge