United States Probation Office
for the District of Utah

## Report on Offender Under Supervision

Name of Offender: **Nicholas Galanis**   Docket Number: **2:03-CR-00410-001-TS**

Name of Sentencing Judicial Officer:   **Honorable Ted Stewart**
**Senior U.S. District Judge**

Date of Original Sentence: **March 28, 2007**

Original Offense:   **Conspiracy to Manufacture 50 Grams or More of Actual Methamphetamine**

Original Sentence:   **135 Months Bureau of Prisons Custody/60 Months Supervised Release**

Type of Supervision:   **Supervised Release**      Supervision Began: **October 10, 2014**

### SUPERVISION SUMMARY

On March 28, 2007, Mr. Galanis was originally sentenced by the Honorable Paul M. Cassell, U.S. District Judge to 135 months custody of the Bureau of Prisons (BOP), to be followed by a five year term of supervised release. On October 7, 2014, this Court amended the judgement to time served with a five year term of supervised release. The amended judgement order followed a recommendation from BOP that the defendant be released prior to service of his full term custodial sentence as he suffered from a terminal condition and was believed to have less than 18 months to live.

On October 10, 2014, the defendant released from BOP custody and commenced his term of supervised release in the District of Colorado, where he had previously been accepted for supervision efforts.

On January 22, 2015, the U.S. Probation Office, District of Utah, received information from the U.S. Probation Office, District of Colorado, that Mr. Galanis expired as a result of his terminal condition. The U.S. Probation Office, District of Utah, has received a copy of the Arapahoe County Colorado Coroner's Office report providing verification of the death.

As such it is respectfully recommended that the defendant's case be discharged and all interest in the case be closed. If the Court desires more information or another course of action, please contact me at (801) 535-2732.

I declare under penalty of perjury that the foregoing is true and correct.

Maria EA Sanchez
Supervisory U.S. Probation Officer
Date: January 27, 2015

Nicholas Galanis
2:03-CR-00410-001-TS

**THE COURT:**

[X] Approves the request noted above
[ ] Denies the request noted above
[ ] Other

_____
Honorable Ted Stewart
Senior U.S. District Judge

Date: ____2/2/'15____